THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIRITO M. CORDERO, Appellant. [60 NYS3d 909]—Motion for writ

of error coram nobis denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Winslow, JJ.